UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY L. Blackwater DEPUTY

In the Matter of the Creation of the Calendar )
) ORDER OF THE CHIEF JUDGE
of )
) 10 072
)
Judge JOSEPHINE STATON TUCKER )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge R. Gary Klausner to the calendar of Judge Josephine Staton Tucker for all further proceedings:

| | |
|---|---|
| CV 07 06092 RGK(FFM) | Gary L Williams v. V Almager |
| CV 09 07116 RGK(SSx) | Sanrio, Inc. et al v. World Wide Watches, Inc. et al |
| CV 10 00965 RGK(RZx) | *Sealed*United States of America et al v. Kan-Di-Ki LLC |
| CV 10 01904 RGK(OPx) | Salvador Gomez v. City of Riverside et al |
| CV 10 02237 RGK(AJWx) | Evanston Insurance Company v. Peter Geon Lee et al |
| CV 10 02339 RGK(CWx) | Martin Family Trust et al v. Christian Research Institute Inc. et al |
| CV 10 02486 RGK(JC) | William Morris v. Silvia H. Garcia |
| CV 10 03924 RGK(RCx) | Christopher Cabrera et al v. County of San Bernardino et al |
| CV 10 04419 RGK(FMOx) | United States of America v. Thomas Staben et al |
| * CV 10 04490 RGK(MANx) | Ronald R. Shea v. Commissioner for Patents et al |
| CV 10 04739 RGK(RCx) | Andrew Kim v. Jeong Ji-Hoon |
| CV 10 04766 RGK(FFMx) | Mary Fedail et al v. City of Glendora et al |
| ED 08 01469 RGK(FFM) | Michael Dwayne Bolton v. Debra Dexter |
| SA 09 01149 RGK(JCG) | Diana Rodriguez et al v. California Attorney General et al |

DATED: August 2, 2010

Audrey B. Collins
Chief Judge Audrey B. Collins