1  DANIEL E. PARK (SBN 174524)
2  dpark@lurieparklawfirm.com
   LURIE & PARK
3  3731 Wilshire Boulevard, Suite 600
   Los Angeles, CA 90010
4  Telephone: (213) 769-4616
5  Facsimile: (818) 479-9958

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW KIM, an individual, | CASE NO. CV10 4739-JST-~~RC~~ JEM |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON AGREED PROTECTIVE ORDER** |
| JEONG JI-HOON, aka RAIN, an individual, | |
| Defendant. | |

{00407648v1}

-1-
Order on Agreed Protective Order

1    Pursuant to the stipulation contained in the Agreed Protective Order entered
2 into by Plaintiff Andrew Kim and non-party JJD, Live, Inc., by and through their
3 counsel and filed with this Court on December 30, 2011, it is hereby ordered.

6 Dated: April 4, 2012           /s/John E. McDermott
                                                    ~~JUDGE~~ OF ~~THE UNITED STATES DISTRICT COURT~~
                                                    United States Magistrate Judge

{00407648v1}

-2-

Order on Agreed Protective Order